(101 South. 533)
**Ex parte Henry TRAYLOR.    (8 Div. 702.)**

(Supreme Court of Alabama.    Oct. 6, 1924.)

Certiorari to Court of Appeals.

P. W. Shumate, of Guntersville, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

SOMERVILLE, J. Petition of Henry Traylor for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Traylor v. State, 101 So. 532.
Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.

(101 South. 475)
**Ex parte Bob DUNCAN.    (8 Div. 696.)**

(Supreme Court of Alabama.    Oct. 6, 1924.)

Certiorari to Court of Appeals.

Robert Milner, of Huntsville, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

THOMAS, J. Petition of Bob Duncan for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Duncan v. State, 101 South. 472.
Writ denied.

ANDERSON, C. J., and SOMERVILLE and BOULDIN, JJ., concur.

─────────

(101 South. 528)
**Ex parte Earl HORTON.    (8 Div. 695.)**

(Supreme Court of Alabama.    Oct. 6, 1924.)

Certiorari to Court of Appeals.

Wert & Hutson, of Decatur, for petitioner.
Harwell G. Davis, Atty Gen., opposed.

MILLER, J. Petition of Earl Horton for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Horton v. State, 101 So. 527.
Writ denied.

ANDERSON, C. J., and SAYRE and GARDNER, JJ., concur.

─────────

(101 South. 537)
**Ex parte Bill HANEY.    (8 Div. 698.)**

(Supreme Court of Alabama.    Oct. 6, 1924.)

Certiorari to Court of Appeals.

Joe Starnes, of Guntersville, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

BOULDIN, J. Petition of Bill Haney for certiorari to the Court of Appeals to review and revise the judgment and decision there rendered in the case of Haney v. State, 101 South. 533.
Writ denied.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.

─────────

(101 South. 470)
**Ex parte Howard YOUNG.    (7 Div. 524.)**

(Supreme Court of Alabama.    Oct. 6, 1924.)

Certiorari to Court of Appeals.

Walter S. Smith, of Lineville, for petitioner.
Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM. Petition of Howard Young for certiorari to the court of appeals to review and revise the judgment and decision of that court in the case of Young v. State, 101 South. 469.
Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.